**Order entered December 20, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-01191-CV

**MARISA LASERNA, Appellant**

**V.**

**BW VENTANA, LLC AND OXFORD MANAGEMENT LLC, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02937-E**

### ORDER

By letter filed December 2, 2022, Dallas County Clerk John F. Warren informed the Court that the clerk's record would be filed "immediately." To date, however, it has not been filed. Accordingly, we **ORDER** Mr. Warren to file the record no later than December 28, 2022.

We note court reporter Vearneas W. Faggett has informed the Court that appellant has not requested the reporter's record. Based on correspondence appellant has filed with the Court concerning her attempts to request the record, it

appears that the contact information she has for the reporter is incorrect. Accordingly, we **DIRECT** the Clerk of the Court to send a copy of Ms. Faggett's December 16, 2022 letter to appellant and **ORDER** appellant to file written verification she has requested the record no later than January 4, 2023. We caution appellant that failure to file the requested verification may result in the appeal being submitted on the clerk's record alone. *See* TEX. R. APP. P. 37.3(c). Appellant may disregard our December 16, 2022 directive concerning the reporter's record.

Because appellant has filed a statement of inability to pay, and nothing before the Court reflects the trial court has ordered her to pay costs, any reporter's record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren, Ms. Faggett, and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE